IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SABRINA PARKER,
    Plaintiff,

v.

ANDREW M. SAUL,[1]
Acting Commissioner of Social Security,
    Defendant.

CIVIL ACTION

NO. 17-3996

FILED
AUG -9 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 8 day of Aug, 2019, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply (Doc. Nos. 9, 12 & 14), and the administrative record, and after careful consideration of the Report & objections thereto and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **AFFIRMED** and Plaintiff's Request for Review is **DENIED**; and

3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER,   J.

---

[1] Andrew M. Saul became Commissioner of Social Security on June 4, 2019 and is therefore substituted for Nancy A. Berryhill as Defendant in this suit. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").